UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC HILL and XIAO J. HILL,<br><br>   Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., et al.,<br><br>   Defendants. | 2:11-CV-01327-PMP-LRL<br><br>ORDER |

   IT IS ORDERED that the temporary restraining order (Doc. #1-6) granted by the state court in this action prior to removal is hereby extended pending the hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. #6).

   IT IS FURTHER ORDERED that the Court will hold a hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. #6) on Wednesday, August 31, 2011 at 10:30 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

   IT IS FURTHER ORDERED that Plaintiffs immediately shall notify Defendants of the hearing, and shall forthwith serve any unserved Defendants with any documents that are presently on file in this action, together with a copy of this Order.

DATED: August 24, 2011

_____
PHILIP M. PRO
United States District Judge