JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
*Attorneys for Plaintiffs*
*Eric Hill and Xiao J. Hill*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC HILL, an Individual; and XIAO J. HILL, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MTC FINANCIAL INC., d/b/a TRUSTEE CORPS., and DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO.: 2:11-cv-01327 |

2194.024272-tnd

**ORDER GRANTING PRELIMINARY INJUNCTION**

FOR GOOD CAUSE APPEARING THEREFOR,

    IT IS HEREBY ORDERED that Defendants, are hereby restrained and enjoined from in any manner, either directly or indirectly, selling or attempting to sell or otherwise convey and dispose

...

...

...

...

...

...

1  of the property described above, all situated in Clark County, Nevada, whether by foreclosure sale
2  or otherwise during the term of the litigation.
3      DATED this __ 8th day of September, 2011.

_____
United States District Judge

SUBMITTED BY:

JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950